IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NIYO HOLLANDER,

    Plaintiff,

v.                                                                                                                                1:17-cv-00090-LF

NANCY A. BERRYHILL, Deputy Commissioner
for Operations of the Social Security Administration,

    Defendant.

## FINAL ORDER

Pursuant to the memorandum opinion and order entered concurrently herewith, the Court enters this Final Order pursuant to Rule 58 of the Federal Rules of Civil Procedure, affirms the decision of the Commissioner and dismisses this case.

_____
Laura Fashing
United States Magistrate Judge
Presiding by Consent

_____